UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH L. GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:17-CV-2668 SNLJ |
| | ) |
| JACK-EN-BOX, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Plaintiff brings this action under the Rehabilitation Act of 1973, as amended 29 U.S.C. §§ 701, *et seq.*, for employment discrimination. Before filing a lawsuit alleging discrimination in violation of the Rehabilitation Act, a plaintiff must exhaust his administrative remedies by filing a charge with the EEOC. *See, e.g.*, *Ballard v. Rubin*, 284 F.3d 957, 964 n.6 (8th Cir. 2002). Plaintiff has not filed a copy of the right-to-sue letter. So, the Court will order the plaintiff to submit a copy of the EEOC right-to-sue letter within twenty-one (21) days.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a copy of the EEOC right-to-sue letter within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 3rd day of November, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE